**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Jarred Franklin          Sidney Joseph Rosteet
Louisiana Appellate Project          Attorney at Law
3001 Old Minden Road          P. O. Box 2719
Bossier City LA 71112          Sulphur LA 70664

Donald Anthony Sauviac, Jr.
Attorney At Law
2925 Tulane Avenue
New Orleans LA 70119

**REHEARING ACTION: April 1, 2009**

**Docket Number: 08   00762-KA**

**STATE OF LOUISIANA**
**VERSUS**
**TERRELL STIPE**

**Appealed from Calcasieu Parish Case No. 12259-06(Ascesion Parish)**

**BEFORE JUDGES**:

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Terrell Stipe** has this day been

> **DENIED**:  Defendant's application for rehearing is denied as this court may not consider an application for rehearing based on newly discovered evidence, nor can it remand the case, as the one year time period for filing a motion for new trial based on newly discovered evidence has lapsed. La.Code Crim.P art. 853, 851(3).  Defendant may present his claim by application for post-conviction relief.  La.Code Crim.P. art 930.3.

cc: Anthony Gerard Falterman, Counsel for the Appellee
    Shawn Rene Bush, Counsel for the Appellee
    Donald David Candell, Counsel for the Appellee